District Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE MUTHONI NDUNGU, *et al.*, | No. 2:23-cv-119-TSZ |
| Plaintiffs, | STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, *et al.*, | Noted for Consideration: March 28, 2023 |
| Defendants. | |

Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the State Department to adjudicate E.W.M.'s immigrant visa application. The parties are currently working diligently towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until May 1, 2023.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

STIPULATED MOTION FOR ABEYANCE - 1
(23-cv-119-TSZ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  With additional time, this case may be resolved without the need of further judicial
2  intervention.  A consular officer interviewed E.W.M. on March 20, 2023.  The consular officer
3  refused the visa application under § 221(g) of the Immigration and Nationality Act because E.W.M.
4  required a current medical exam report.  Plaintiffs report that the medical exam is scheduled for
5  April 13, 2023.  Once E.W.M. submits the required information, the consular officer can re-
6  adjudicate the immigrant visa application.  The parties agree that this case will be moot once the re-
7  adjudication is conducted.  To provide the time necessary to complete these steps, the parties request
8  that this Court to hold the case in abeyance.

9  The parties request that the Court hold the case in abeyance until May 1, 2023.  The parties
10  will submit a joint status report on or before May 1, 2023.

11  //
12  //
13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24

STIPULATED MOTION FOR ABEYANCE   - 2
(23-cv-119-TSZ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |   |
|---|---|---|
| Dated: March 28, 2023 | | Respectfully submitted, |

Dated: March 28, 2023

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

<u>s/Michelle R. Lambert</u>
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 206-428-3824
Email: michelle.lambert@usdoj.gov

*I certify that this memorandum contains 262 words, in compliance with the Local Civil Rules.*

*Attorneys for Defendants*

<u>s/Katherine H. Rich</u>
KATHERINE H. RICH WSBA#46881
Rich Immigration, PC
1207 N 200th Street, Suite 214B
Shoreline, Washington 98133
Phone: 206-853-4037
Email: katherine@richimmigration.com
*Attorney for Plaintiffs*

STIPULATED MOTION FOR ABEYANCE - 3
(23-cv-119-TSZ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# [PROPOSED] ORDER

The case is held in abeyance until May 1, 2023. The parties shall submit a joint status report on or before May 1, 2023. It is so **ORDERED**.

DATED this  31st  day of  March , 2023.

*Thomas S. Zilly*

_____
THOMAS S. ZILLY
United States District Judge

STIPULATED MOTION FOR ABEYANCE          - 4
(23-cv-119-TSZ)