UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE MUTHONI NDUNGU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF STATE, and UNITED STATES EMBASSY IN KENYA,<br><br>　　　　Defendant. | C23-0119 TSZ<br><br>ORDER |

Counsel having advised the Court that this matter has been resolved, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED without prejudice and without costs.

The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record.

ORDER - 1

IT IS SO ORDERED.

Dated this 1st day of May, 2023.

                                              /s/ Thomas S. Zilly
                                              Thomas S. Zilly
                                              United States District Judge

ORDER - 2